# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HARRELL SCHULTZ, | Case No. SACV 07-1071-RMT (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| JAMES E. TILTON, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 22, 2009

ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE